MICHAEL BERGER, Respondent, v. WILLIAM KENNELLY, INC., Appellant.— Motion to dismiss appeal denied, upon condition that the case be added to the present calendar and argued or submitted when reached. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

BEST RENTING COMPANY, Respondent, v. CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young and Kapper, JJ.; Lazansky, J., taking no part.

SYDNEY BEVIN and VICTOR D. BEVIN, Appellants, v. HENRY STEERS SAND & GRAVEL COMPANY, INC., and HENRY STEERS, INC., Respondents. (Actions 1, 2 and 3.) — Motion to add case to June calendar denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

LOUIS CHEREY and MINNIE NITKE, Appellants, v. MARGARET McLOUGHLIN, Respondent.— Motion for reargument of motion to dismiss appeal granted, and, upon such reargument, motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ROOSEVELT L. CLARK, Appellant, v. J. & C. AUDITORE, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

NATHAN CLESMERE, Respondent, v. PEARL CLESMERE, Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

BIRD S. COLER, as Commissioner of Public Welfare of the City of New York, on Complaint of MADELINE JACOMOWITZ, Appellant, v. MORRIS BERNIE, etc., Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

BRIDGET CONLON, Respondent, v. THOMAS J. CONLON, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ADA DECKER, as Administratrix, etc., Respondent, v. ADOLPH ZUKOR, Appellant. MILDRED Z. LOEW, Defendant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

NICASIO ESPINA, Respondent, v. RAMON GONZALEZ, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, for failure on the part of appellant to comply with rule 12.* Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent.— Motion for stay of hearing before referee granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FOZY S. GASTON, Respondent, v. ANTHONY ZRAICK, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.